IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MITEZ T. ORMOND, | § | |
| Plaintiff, | § § § | |
| v. | § | 1:20-CV-661-RP |
| CTVSEH PLLC *also known as* CENTRAL TEXAS VETERINARY SPECIALTY AND EMERGENCY HOSPITAL, | § § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

On this date, the Court adopted United States Magistrate Judge Susan Hightower's report and recommendation concerning Defendant CTVSEH PLLC's motion for summary judgment, (Dkt. 13). (R. & R., Dkt. 22). The Court's Order dismissed with prejudice Mitez T. Ormond's ("Ormond") claims. As nothing remains to resolve, the Court renders final judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that each party bear its own costs.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

**SIGNED** on October 20, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE